No. 347. MILLER v. E. I. DUPONT DE NEMOURS & Co. Supreme Court of Oklahoma. Certiorari denied. MR. JUSTICE JACKSON took no part in the consideration or

decision of this application. *Jack L. Rorschach* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Baldridge, James L. Morrisson* and *Samuel D. Slade* for respondent.